1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7               FOR THE DISTRICT OF ARIZONA
8
Jason Lee Stein,                    )    No.  CV-15-00942-PHX-SPL (BSB)
9                                    )
                Plaintiff,           )
10                                   )    **ORDER**
vs.                                  )
11                                   )
                                     )
T. Zachary, et al.,                  )
12                                   )
                                     )
13              Defendants.          )
                                     )
14                                   )

15          On May 26, 2015, Plaintiff Jason Lee Stein filed a *pro se* civil rights Complaint

16    pursuant to 42 U.S.C. § 1983 (Doc. 1). On August 6, 2015, the Court granted Plaintiff in

17    forma pauperis status, screened the Complaint, and ordered the United States Marshal

18    Service (USMS) to serve Defendant C. Colburn, the only remaining Defendant in this

19    action. (Doc. 10.) After issuing an order to show cause to which Plaintiff failed to

20    respond, the Honorable Bridget S. Bade, United States Magistrate Judge, issued a Report

21    and Recommendation ("R&R") (Doc. 25), recommending that the Court dismiss the

22    Complaint due to Plaintiff's failure to accomplish service on Defendant Colburn and to

23    comply with court orders. Judge Bade advised Plaintiff that he had fourteen (14) days to

24    file objections to the R&R and that failure to file timely objections could be considered a

25    waiver of the right to obtain review of the R&R. *See also* 28 U.S.C. § 636(b)(1); Fed. R.

26    Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

27          No timely objection has been filed, which relieves the Court of its obligation to

28    review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

1    (1985) ("[Section 636(b)(1)] does not… require any review at all . . . of any issue that is

2    not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

3    determine de novo any part of the magistrate judge's disposition that has been properly

4    objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-

5    taken. The Court will adopt the R&R and dismiss this action. *See* 28 U.S.C. § 636(b)(1)

6    (stating that the district court "may accept, reject, or modify, in whole or in part, the

7    findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The

8    district judge may accept, reject, or modify the recommended disposition; receive further

9    evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

10           **IT IS ORDERED:**

11           1. That Magistrate Judge's Report and Recommendation (Doc. 25) is **accepted**

12   and **adopted** by the Court;

13           2. That this action is **dismissed without prejudice**;

14           3. That the reference to Magistrate Judge Bridget S. Bade is **withdrawn**; and

15           4. That the Clerk of Court shall **terminate** this action.

16           Dated this 6th day of May, 2016.

17

18           Honorable Steven P. Logan
             United States District Judge
19

20

21

22

23

24

25

26

27

28

2